IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN E. BOYER,

          Plaintiff,

   v.

DEBORA MOHRING and BYRON RICE,

          Defendants.

CIVIL ACTION
NO. 12-2267

**ORDER**

**AND NOW**, this 10th day of January 2014, upon consideration of Defendant Rice's Motion to Dismiss for Failure to State a Claim (Doc. No. 20) and Plaintiff's Response (Doc. No. 24), Defendant Mohring's Motion to Dismiss for Failure to State a Claim (Doc. No. 41), Defendants Vega and McQuate's Motion to Dismiss for Failure to State a Claim (Doc. No. 16) and Plaintiff's Response (Doc. No. 24), and the arguments of counsel at the November 22, 2013 hearing, it is **ORDERED** that:

1. Defendants Rice and Mohring's Motions to Dismiss (Doc. Nos. 20, 41) are **GRANTED** on the only claim remaining (illegal search and seizure under 42 U.S.C. § 1983).

2. All pending Motions are **DENIED** as **MOOT**.

3. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

16